**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In the Interest of A.L.J., A.L.J., G.A.G.

Appellate case number:   01-19-00251-CV

Trial court case number:   2017-04601J

Trial court:               315th District Court of Harris County

On June 4, 2019, this Court granted appellant's counsel's motion to abate in which counsel stated that she had discovered a conflict. This Court issued an order abating the appeal and remanding to the trial court for appointment of new counsel. On June 17, 2019, a supplemental clerk's record was filed showing that new counsel had been appointed.

Accordingly, the Court lifts the abatement and reinstates the appeal on the active docket. Appellant's brief is due **within 20 days of the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                    ☑ Acting individually    ☐ Acting for the Court

Date:   __June 20, 2019__